UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LONNIE HOARD ) | |
| ) | |
| v. ) | NO. 2:04-CV-418 |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY and ROCKWELL ) | |
| AUTOMATION, INC. ) | |

## JUDGMENT

This is an action for long term disability benefits under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 *et seq.*, brought by Lonnie Hoard, a former employee of Rockwell Automation Inc., against the company [Rockwell] and Metropolitan Life Insurance Company [MetLife].

Pursuant to a memorandum opinion filed herewith, the plaintiff's motion for a judgment on the pleadings is **DENIED**; the defendant's motion for summary judgment is **GRANTED**; and this action is **DISMISSED**.

ENTER:

THOMAS GRAY HULL
SENIOR UNITED STATES DISTRICT JUDGE